Supreme Court, New York County (Karla Moskowitz, J.), entered on March 6, 1992, unanimously affirmed for the reasons stated by Moskowitz, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.

■ J & M REAL ESTATE Co., Respondent-Appellant, v WU BEN LIM et al., Appellants-Respondents. [595 NYS2d 316] —Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on November 15, 1991, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.

■ J & M REAL ESTATE Co., Respondent-Appellant, v KAM CHEW LIM et al., Appellants-Respondents. [595 NYS2d 317] — Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on November 15, 1991, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.

■ J & M REAL ESTATE Co., Respondent-Appellant, v CHAN SHU KONG et al., Appellants-Respondents. [595 NYS2d 316] — Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on November 15, 1991, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.

■ J & M REAL ESTATE Co., Respondent-Appellant, v CHU YEN KING, Appellant-Respondent. [595 NYS2d 316] —Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on November 15, 1991, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.

■ J & M REAL ESTATE Co., Respondent-Appellant, v CHENG YICK SHENG, Appellant-Respondent. [595 NYS2d 315] — Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on November 15, 1991, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.